IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., MICROSOFT CORPORATION, AMAZON.COM, INC. YAHOO! INC., AND VIBRANT MEDIA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-369 (GMS) ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address of KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, counsel of record for defendant Yahoo! Inc., is 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065. The new telephone number is (650) 453-5170 and the new facsimile number is (650) 453-5171. The e-mail addresses of the firm will remain the same.

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Parker C. Ankrum
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Patricia Young
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

November 23, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Yahoo! Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 23, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Alexander C. Giza, Esquire<br>Bruce K. Kuyper, Esquire<br>Benjamin T. Wang, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard – 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Amazon.com, Inc. and Google, Inc.* | *VIA ELECTRONIC MAIL* |

Michael J. Malecek, Esquire                         VIA ELECTRONIC MAIL
Kenneth Maikish, Esquire
KAYE SCHOLER LLP
Two Palo Alto Swuare
3000 El Camino Real
Suite 400
Palo Alto, CA  94306
*Attorneys for Google Inc.*

Salumeh R. Loesch, Esquire                          VIA ELECTRONIC MAIL
Jeffrey S. Love, Esquire
Todd M. Siegel, Esquire
Philip Warrick, Esquire
Garth A. Winn, Esquire
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street
Suite 1600
Portland, OR  97204
*Attorneys for Amazon.com Inc.*

William J. Marsden, Esquire                         VIA ELECTRONIC MAIL
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherbenback, Esquire                      VIA ELECTRONIC MAIL
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                             VIA ELECTRONIC MAIL
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire   VIA ELECTRONIC MAIL
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire   VIA ELECTRONIC MAIL
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Adam W. Poff, Esquire   VIA ELECTRONIC MAIL
Monte T. Squire, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801
*Attorneys for Vibrant Media, Inc.*

Matthew B. Lowrie, Esquire   VIA ELECTRONIC MAIL
Kevin M. Littman, Esquire
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
*Attorneys for Vibrant Media, Inc.*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)