IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>GOOGLE INC., MICROSOFT CORPORATION, AMAZON.COM, INC., YAHOO! INC., and VIBRANT MEDIA, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-369-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Young Conaway Stargatt & Taylor, LLP has moved to new offices. Effective January 30, 2012, the firm's address is as follows:

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, DE  19801

The firm's telephone number, facsimile number and attorney e-mail addresses will remain unchanged.

Dated:  February 2, 2012        YOUNG CONAWAY STARGATT
                                           & TAYLOR, LLP

                                           /s/   *Adam W. Poff*
                                           Adam W. Poff (No. 3990)
                                           Monté T. Squire (No. 4764)
                                           Rodney Square
                                           1000 North King Street
                                           Wilmington, DE  19801
                                           302-571-6600
                                           *apoff@ycst.com*