IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-369 (GMS) |
| | ) | |
| GOOGLE INC., MICROSOFT CORPORATION, AMAZON.COM, INC. YAHOO! INC., AND VIBRANT MEDIA, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Melissa L. Troutner should be withdrawn as an attorney of record for Defendant Yahoo! Inc. ("Yahoo") in the above case. All other current counsel of record will continue to represent Yahoo in this matter, and are not intended to be affected by this notice.

It is requested that the Clerk of the Court please make the appropriate deletion in the list of persons receiving notices of electronic filings in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Melissa L. Troutner

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa L. Troutner (#4627)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mtroutner@mnat.com
*Attorneys for Yahoo! Inc.*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Parker C. Ankrum
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Patricia Young
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

March 9, 2012

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Alexander C. Giza, Esquire<br>Bruce K. Kuyper, Esquire<br>Benjamin T. Wang, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard – 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Amazon.com, Inc. and Google, Inc.* | *VIA ELECTRONIC MAIL* |

Michael J. Malecek, Esquire      *VIA ELECTRONIC MAIL*
Kenneth Maikish, Esquire
KAYE SCHOLER LLP
Two Palo Alto Swuare
3000 El Camino Real
Suite 400
Palo Alto, CA  94306
*Attorneys for Google Inc.*

Salumeh R. Loesch, Esquire      *VIA ELECTRONIC MAIL*
Jeffrey S. Love, Esquire
Todd M. Siegel, Esquire
Philip Warrick, Esquire
Garth A. Winn, Esquire
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street
Suite 1600
Portland, OR  97204
*Attorneys for Amazon.com Inc.*

William J. Marsden, Esquire      *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherbenback, Esquire      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire      *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                              *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                        *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Adam W. Poff, Esquire                                           *VIA ELECTRONIC MAIL*
Monte T. Squire, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Vibrant Media, Inc.*

Matthew B. Lowrie, Esquire                                      *VIA ELECTRONIC MAIL*
Kevin M. Littman, Esquire
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
*Attorneys for Vibrant Media, Inc.*

*/s/ Melissa L. Troutner*

Melissa L. Troutner (#4627)