IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 11-369-RGA |
| GOOGLE INC., et al., | : | |
| Defendants. | : | |

## ORDER

The Defendant Vibrant Media having filed a motion to dismiss for failure to state a claim of direct infringement (D.I. 26), and the Court being satisfied that the Complaint complies with Form 18, and that it is plausible the Defendant's "Vibrant In-Text Ads" service infringes the patent,

IT IS HEREBY ORDERED this 4th day of April 2012,

1. The Motion to Dismiss is **DENIED**.

_____
United States District Judge