## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 11-369-RGA |
| | ) |
| GOOGLE INC., MICROSOFT CORPORATION, | ) |
| AMAZON.COM, INC., YAHOO! INC., AND | ) |
| VIBRANT MEDIA, INC., | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Klaus H. Hamm of Klarquist Sparkman, LLC, One World Trade Center, 121 S.W. Salmon Street, Suite 1600, Portland, Oregon 97204, to represent Defendant Amazon.com Inc. in this action.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, Delaware 19801
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

Dated: April 25, 2012　　　　　　　　　　*Attorneys for Defendants Amazon.com Inc.*
1056818 / 36842

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____          _____
                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Oregon and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00.

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 25, 2012            Signed: /s/ Klaus H. Hamm
                                Klaus H. Hamm
                                Klarquist Sparkman, LLP
                                One World Trade Center
                                121 S.W. Salmon Street, Suite 1600
                                Portland, OR 97204
                                Tel: (503) 595-5300
                                klaus.hamm@klarquist.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 25, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 25, 2012, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Mark A. Fenster
Alexander C. Giza
Bruce D. Kuyper
Benjamin T. Wang
Russ, August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, CA 90025
mfenster@raklaw.com
agiza@raklaw.com
bkuyper@raklaw.com
bwang@raklaw.com
*Attorneys for Plaintiff*

Salumeh R. Loesch
Jeffrey S. Love
Todd M. Siegel
Philip Warrick
Garth A. Winn
Elisabeth V. Bechtold
Klarquist Sparkman, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204
salumeh.loesch@klarquist.com
jeffrey.love@klarquist.com
todd.siegel@klarquist.com
philip.warrick@klarquist.com
garth.winn@klarquist.com
eliza.bechtold@klarquist.com
*Attorneys for Defendant Amazon.com, Inc.*

William J. Marsden, Jr.
Tara D. Elliott
Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com
elliott@fr.com
pringle@fr.com
*Attorneys for Defendant Microsoft Corporation*

Tal Kedem
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022-4611
kedem@fr.com
*Attorneys for Defendant Microsoft Corporation*

Michael J. Malecek
Kenneth Maikish
Kaye Scholer LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
michael.malecek@kayescholer.com
kenneth.maikish@kayescholer.com
*Attorneys for Defendant Google, Inc.*

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
scherkenbach@fr.com
*Attorneys for Defendant Microsoft Corporation*

Robert C. Earle
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
earle@fr.com
*Attorneys for Defendant Microsoft Corporation*

2

| | |
|---|---|
| Jason W. Wolff<br>John W. Thornburgh<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>wolff@fr.com<br>thornburgh@fr.com<br>*Attorneys for Defendant Microsoft Corporation* | Adam W. Poff<br>Monté T. Squire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>apoff@ycst.com<br>msquire@ycst.com<br>*Attorneys for Defendant Vibrant Media, Inc.* |
| Matthew B. Lowrie<br>Kevin M. Littman<br>Foley & Lardner LLP<br>111 Huntington Avenue, Suite 2600<br>Boston, MA 02199<br>mlowrie@foley.com<br>klittman@foley.com<br>*Attorneys for Defendant Vibrant Media, Inc.* | Jack B. Blumenfeld<br>Rodger D. Smith, II<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>*Attorneys for Defendant Yahoo! Inc.* |
| Patricia Young<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>pyoung@kasowitz.com<br>*Attorneys for Defendant Yahoo! Inc.* | Douglas E. Lumish<br>Jeffrey G. Homrig<br>Parker C. Ankrum<br>Kasowitz, Benson, Torres & Friedman LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>dlumish@kasowitz.com<br>jhomrig@kasowitz.com<br>pankrum@kasowitz.com<br>*Attorneys for Defendant Yahoo! Inc.* |

By:   /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

1015105/36842/36862