**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br> MICROSOFT CORPORATION, <br> AMAZON.COM, INC., <br> YAHOO!, INC., AND <br> VIBRANT MEDIA, INC. <br><br> Defendants. | C.A. No. 11-cv-369-RGA |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 1, 2012, a true and correct copy of

**MICROSOFT'S REQUESTS FOR PRODUCTION TO WALKER DIGITAL** were caused

to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

                                                                   Attorneys for Plaintiff
**VIA E-MAIL**                                           Walker Digital LLC
Mark A. Fenster
Alexander C. Giza
Bruce D. Kuyper
Benjamin T. Wang
Russ, August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, CA 90025

Dated:  May 1, 2012			FISH & RICHARDSON P.C.

					By: /s/ *Lauren Murphy Pringle*
					William J. Marsden, Jr. (#2247)
					Tara D. Elliott (#4483)
					Lauren Murphy Pringle (#5375)
					222 Delaware Avenue, 17th Floor
					P.O. Box 1114
					Wilmington, DE 19899
					(302) 652-5070
					marsden@fr.com
					tde@fr.com
					pringle@fr.com

					Attorneys for Microsoft Corporation

80121468.doc