**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, INC., <br><br>    Plaintiff, <br><br>v. <br><br>GOOGLE INC., <br>MICROSOFT CORPORATION, <br>AMAZON.COM, INC., <br>YAHOO!, INC., AND <br>VIBRANT MEDIA, INC. <br><br>    Defendants. | C.A. No. 11-cv-369-RGA |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 1, 2012, a true and correct copy of

**DEFENDANTS' FIRST SET OF COMMON INTERROGATORIES TO WALKER**

**DIGITAL (NOS. 1-10)** were caused to be served on the attorneys of record, at the following

addresses and in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

                                                  Attorneys for Plaintiff
**VIA E-MAIL**                            Walker Digital LLC
Mark A. Fenster
Alexander C. Giza
Bruce D. Kuyper
Benjamin T. Wang
Russ, August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, CA 90025

| | |
|---|---|
| Dated: May 1, 2012 | FISH & RICHARDSON P.C. |

                              By: /s/ *Lauren Murphy Pringle*
                                  William J. Marsden, Jr. (#2247)
                                  Tara D. Elliott (#4483)
                                  Lauren Murphy Pringle (#5375)
                                  222 Delaware Avenue, 17th Floor
                                  P.O. Box 1114
                                  Wilmington, DE 19899
                                  (302) 652-5070
                                  marsden@fr.com
                                  tde@fr.com
                                  pringle@fr.com

                            Attorneys for Microsoft Corporation

                            On behalf of Google Inc., Amazon.com, Inc., Yahoo! Inc., and Vibrant Media, Inc.

80121468.doc