IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br>MICROSOFT CORPORATION,<br>AMAZON.COM, INC.,<br>YAHOO!, INC., AND<br>VIBRANT MEDIA, INC.,<br><br>    Defendants. | C.A. No. 11-369-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2012, copies of *Vibrant Media's Requests for Production to Walker Digital* were caused to be served upon the following counsel in the manner indicated below:

**BY HAND DELIVERY:**
Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*

Richard L. Horwitz
David Ellis Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Google Inc., Amazon.com Inc.*

01:12066045.1

Lauren Murphy Pringle
FISH & RICHARDSON, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
pringle@fr.com
*Attorney for Microsoft Corporation*

Jack B. Blumenfeld
Rodger Dallery Smith, II
Melissa L. Troutner
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899
jbbefiling@mnat.com
rdsefiling@mnat.com
mtroutner@mnat.com
*Attorneys for Yahoo! Inc.*

PLEASE TAKE FURTHER NOTICE that on May 2, 2012, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to all counsel of record. In addition, on May 2, 2012, this Notice of Service was served by e-mail on the above-listed counsel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

  */s/ Monté T. Squire*_____
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
*msquire@ycst.com*

Dated: May 2, 2012

2