## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>                Plaintiff,<br>   v.<br><br>GOOGLE INC., ET AL.<br><br>                Defendants. | C.A. No. 1:11-cv-00369-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 2, 2012, copies of: (1) **PLAINTIFF WALKER DIGITAL, LLC'S INITIAL DISCLOSURES** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND DELIVERY**

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19899-0951<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Jack B. Blumenfeld<br>Rodger D. Smith II<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| William J. Marsden , Jr.<br>Tara D. Elliott<br>Lauren M. Pringle<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Fl.<br>Wilmington, DE 19899-1114<br>marsden@fr.com<br>tde@fr.com<br>pringle@fr.com | Adam W. Poff<br>Monté T. Squire<br>Young Conoway Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>apoff@ycst.com<br>msquire@ycst.com |

**BY E-MAIL AND U.S. MAIL**

| | |
|---|---|
| Michael J. Malecek<br>Kenneth M. Maikish<br>Howard I. Sherman<br>Kaye Scholer LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>michael.malecek@kayescholer.com<br>kenneth.maikish@kayescholer.com<br>howard.sherman@kayescholer.com | Salumeh R. Loesch<br>Jeffrey S. Love<br>Todd M. Siegel<br>Philip Warrick<br>Garth A. Winn<br>Klarquist Sparkman, LLP<br>One World Trade Center<br>121 SW Salmon Street, Suite 1600<br>Portland, OR 97204<br>salumeh.loesch@klarquist.com<br>jeffrey.love@klarquist.com<br>todd.siegel@klarquist.com<br>philip.warrick@klarquist.com<br>garth.winn@klarquist.com |
| Matthew B. Lowrie<br>Kevin M. Littman<br>Foley & Lardner LLP<br>111 Huntington Avenue, Suite 2600<br>Boston, MA 02199-7610<br>mlowrie@foley.com<br>klittman@foley.com | Frank E. Scherkenbach<br>Fish & Richardson, P.C.<br>One Marina Park Drive<br>Boston, MA 02110<br>scherkenbach@fr.com |
| Douglas E. Lumish<br>Jeffrey G. Homrig<br>Parker C. Ankrum<br>Kasowitz, Benson, Torres & Friedman LLP<br>101 California Street<br>Suite 2300 San Francisco, CA 94111<br>dlumish@kasowitz.com<br>jhomrig@kasowitz.com<br>pankrum@kasowitz.com | Patricia Young<br>Kasowitz, Benson, Torres & Friedman LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>pyoung@kasowitz.com |

| | |
|---|---|
| May 2, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Marc A. Fenster <br> RUSS, AUGUST & KABAT <br> 12424 Wilshire Boulevard, Twelfth Floor <br> Los Angeles, California 90025 <br> (310) 826-7474 <br> mfenster@raklaw.com | Stephen B. Brauerman (sb4952) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE  19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> (302) 655-5000 |
| | *Attorneys for Plaintiff Walker Digital, LLC* |