### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIBRANT MEDIA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-993-RGA |
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 11-369-RGA |

### STIPULATION AND ORDER TO STAY CASE

WHEREAS, the patent asserted in C.A. No. 11-369, U.S. Patent No. 7,933,893 is currently subject to *Inter Partes* Re-Examination before the U.S.P.T.O (File 95/002,280), and

WHEREAS, the patent asserted in case C.A. No. 11-993, U.S. Patent No. 8,041,711 is currently subject to *Inter Partes* Re-Examination before the U.S.P.T.O. (File 95/002,289);

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Walker Digital, LLC and Defendant Vibrant Media, Inc. subject to the approval of the Court, that the case named above be stayed as to Vibrant Media, Inc. pending resolution of the respective reexaminations, and the parties shall file a joint report every six months regarding the status of the reexaminations.

BAYARD, P.A.

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

**Attorneys for Plaintiff
WALKER DIGITAL, LLC**


/s/ Adam W. Poff
Adam W. Poff (#3990)
Monté T. Squire (#4764)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
msquire@ycst.com

Matthew B. Lowrie
Kevin M. Littman
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(617) 342-4006
mlowrie@foley.com
klittman@foley.com

**Attorneys for Defendant
VIBRANT MEDIA, INC.**

IT IS SO ORDERED this 9th day of April, 2013.

_____
The Honorable Richard. G. Andrews
United States District Judge